UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------- x

| | | |
|---|---|---|
| Antonia Hernandez, | : | 08 Civ. 2507 (RMB) |
| Plaintiff, | : | |
| v. | : | **NOTICE OF APPEARANCE** |
| United Wire, Metal and Machine Pension Fund, Harvey Morgan as the Administrator of the United Wire, Metal and Machine Pension Fund, and the Trustees of the United Wire, Metal and Machine Pension Fund, | : : : | **ECF CASE** |
| Defendants. | : | |

-------------------------------- x

To the Clerk of this Court and all parties of record:

    Please enter the appearance of Russell L. Hirschhorn of Proskauer Rose LLP as counsel of record in this case for defendants. I certify that I am admitted to practice in this Court.

Dated: March 19, 2008
      New York, New York

                    PROSKAUER ROSE LLP

                    By: _____
                         Russell L. Hirschhorn
                1585 Broadway
                New York, New York 10036-8299
                P: 212.969.3286
                F: 212.969.2900
                *Attorneys for Defendants*