*Berman* /)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - x

Antonia Hernandez,                              :       08 Civ. 2507 (RMB)

                        Plaintiff,              :

            v.                                  :

United Wire, Metal and Machine Pension Fund,    :       **STIPULATION AND ORDER**
Harvey Morgan as the Administrator of the United
Wire, Metal and Machine Pension Fund, and the   :       **ECF CASE**
Trustees of the United Wire, Metal and Machine
Pension Fund,                                   :

                        Defendants.             :
- - - - - - - - - - - - - - - - - - - - - - - - - x

        IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned

attorneys for the parties in this action, that defendants' time to answer or otherwise respond to

the Complaint is extended to and including May1, 2008. *Conference adjourned to 5/1/08*
*@ 9:15 AM.*

Dated: March 19, 2008                           Dated: March 19, 2008
       New York, NY                                    New York, NY

PROSKAUER ROSE LLP                              MILBANK, TWEED, HADLEY &
                                                MCCLOY LLP

By:                                             By: _____
      Russell L. Hirschhorn                            David R. Gelfand
1585 Broadway                                         Andrew W. Robertson
New York, NY 10036                              1 Chase Manhattan Plaza
P: 212.969.3286                                 New York, NY 10005
F: 212.969.2900                                 P: 212.530.5494
rhirschhorn@proskauer.com                       F: 212.822.5494
*Attorneys for Defendants*                      arobertson@milbank.com
                                                *Attorneys for Plaintiff*

So Ordered: **RMB**

United States District Court Judge

**3/19/08**

*Richard M. Berman*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/19/08