# PROSKAUER ROSE LLP



1585 Broadway
New York, NY 10036-8299
Telephone 212.969.3000
Fax 212.969.2900

BOCA RATON
BOSTON
LONDON
LOS ANGELES
NEW ORLEANS
NEWARK
PARIS
SÃO PAULO
WASHINGTON

Russell L. Hirschhorn
Attorney at Law

Direct Dial 212.969.3286
rhirschhorn@proskauer.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/11/08

April 10, 2008

**BY UPS OVERNIGHT DELIVERY**

The Honorable Richard M. Berman
United States District Court Judge, SDNY
500 Pearl Street
New York, NY 10007

Re:   *Hernandez v. United Wire, Metal and Machine Pension Fund, et al.*
      Docket No. 08 Civ. 2507 (RMB/DCF)

Dear Judge Berman:

We represent the defendants in the above-referenced action. We write to request a brief adjournment of the conference currently scheduled for May 1, 2008. The reason for this request is that the undersigned will be out of the state May 1 and 2 on a pre-planned vacation. Plaintiff consents to this request. The parties respectfully propose, subject to the Court's availability, one of the following dates for an initial conference: May 14, 19-22, 26 and 28.

Respectfully submitted,

Russell L. Hirschhorn

cc:   Andrew W. Robertson, Esq. (by email)

---

Conference Adjourned to 5/19/08 at 9:00 A.M.

SO ORDERED:
Date: 4/11/08

Richard M. Berman, U.S.D.J.