UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------- x

| | | |
|---|---|---|
| Antonia Hernandez, | : | 08 Civ. 2507 (RMB) |
| Plaintiff, | : | |
| v. | : | **RULE 7.1 STATEMENT** |
| United Wire, Metal and Machine Pension Fund, Harvey Morgan as the Administrator of the United Wire, Metal and Machine Pension Fund, and the Trustees of the United Wire, Metal and Machine Pension Fund, | : : : | **ECF CASE** |
| Defendants. | : | |

-------------------------------- x

     Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of record for defendants United Wire, Metal and Machine Pension Fund, Harvey Morgan as the Administrator of the United Wire, Metal and Machine Pension Fund, and the Trustees of the United Wire, Metal and Machine Pension Fund certify that they have no parent companies and there are no publicly held corporations that own 10% or more of their stock.

Dated:   April 22, 2008
       New York, New York

                            PROSKAUER ROSE LLP

                            By: _____
                                 Russell L. Hirschhorn
                            1585 Broadway
                            New York, New York 10036-8299
                            P:  212.969.3286
                            F:  212.969.2900
                            *Attorneys for Defendants*