UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
        *Hernandez*
                Plaintiff(s),                    **Case Management Plan**

        - v -                                    08 CV. 2507 (RMB)

        *United Wire*
                Defendant(s).
------------------------------------------------------------X

   The following Case Management Plan is entered after consultation with the parties. This Plan is also a Rule 16 and Rule 26(f) scheduling order as required by the Federal Rules of Civil Procedure.

(i)   Joinder of additional parties by _____

(ii)  Amend the pleadings by _____

(iii) All discovery to be **expeditiously** completed by  *10/20/08 (FIRM DATE FACT + Expert)*

(iv)  Consent to Proceed before Magistrate Judge _____

(v)   Status of settlement discussions *(1) 6/13/08 @ 11:30  (2) 10/23/08 @ 9:00 AM with pre-trial memo 25, 2008*

**Sections vi through xi will be set at conference with the Court.**   *MTD --- [redacted]*

(vi)  Motions *See Court's Rules re: Motions: [redacted] (3pp)*

(vii) Oral Argument _____

(viii) Joint Pre-Trial Order to be submitted by _____

(ix)  Final Pre-Trial Conference _____

(x)   ~~Trial~~ *Motion to Dismiss upon submission + on letters*

(xi)  Other *Discovery disputes with Magistrate to Judge Freeman (Discovery deadline is firm)*
      *Close to settlement*

SO ORDERED: New York, New York
        *5/19/08*

                                            *RMB*
                                    _____
                                    Hon. Richard M. Berman, U.S.D.J.