UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

HERNANDEZ,

                Plaintiff,

    -against-

UNITED WIRE, METAL AND MACHINE
PENSION FUND, et al.,

                Defendants.
------------------------------------------------------------X

08 Civ. 2507 (RMB) (JCF)

**ORDER OF DISCONTINUANCE**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 06/03/08

Based upon the parties having reached a settlement on June 3, 2008, it is hereby

**ORDERED**, that the above-entitled action be, and the same hereby is, discontinued. The conference scheduled for Thursday, October 23, 2008 is vacated.

**SO ORDERED**.

Dated: New York, New York
       June 3, 2008

                                                      */s/ RMB*
                                          Richard M. Berman, U.S.D.J.